IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRONT ROW TECHNOLOGIES, LLC,

    Plaintiff,

vs.                                                                                   No.1:10-CV-00433

MAJOR LEAGUE BASEBALL
PROPERTIES, INC. AND MLB
ADVANCED MEDIA, L.P.

    Defendants.

---

**PLAINTIFF FRONT ROW TECHNOLOGIES, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Front Row Technologies, LLC states that it has no parent company and that no publicly-held company owns 10% or more of its stock.

    Submitted by:

    DAVIS & GILCHRIST, P.C.

    */s/ Bryan J. Davis*
    _____
    Bryan J. Davis, Esq.
    William G. Gilchrist, Esq.
    117 Bryn Mawr Drive SE
    Albuquerque, NM 87106
    Tel: 505-435-9908
    Fax: 505-435-9909
    lawfirm@davisgilchristlaw.com

    Attorneys for Plaintiff Front Row Technologies, LLC