|  |  |
|---|---|
| **To:**<br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, DC  20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ Action        ☐ Appeal | **Court Name and Location:**   U.S. District Court<br>333 Lomas Blvd, N.W.<br>Albuquerque, NM  87102 |
|---|---|
| **Docket No.** 10cv433 LFG/RLP    **Date Filed** 05/05/2010 | |
| **Plaintiff(s)**<br>Front Row Technologies, LLC | **Defendant(s)**<br>Major League Baseball Properties, Inc., et al. |

| Copyright Registration No. | **Title of Work** | **Author of Work** |
|---|---|---|
| 1. | **Please see attached docket sheet w/complaint & case-related documents.** | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included:

| Date Included | Included By<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading |
|---|---|

| Copyright Registration No. | **Title of Work** | **Author of Work** |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order of judgment together with the written opinion, if any, of the court is attached.

| Copy Attached<br>☐ Order      ☐ Judgment | Written Opinion Attached<br>☐ Yes     ☐ No | Date Rendered |
|---|---|---|

| **Clerk**   Matthew J. Dykman | **(By) Deputy Clerk**<br>Maryann Richmann | **Date**   05/05/2010 |
|---|---|---|