IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRONT ROW TECHNOLOGIES, LLC, § § Plaintiff, § § v. § § MAJOR LEAGUE BASEBALL § PROPERTIES, INC., MLB ADVANCED § MEDIA, L.P., AND NBA MEDIA § VENTURES, LLC. § § Defendants. § § § | No. 1:10-cv-00433 JB/RLP JURY DEMANDED |

### CORPORATE DISCLOSURE STATEMENT OF NBA MEDIA VENTURES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NBA Media Ventures, LLC states that it does not have a parent corporation and that there is not a publicly held corporation that owns 10% or more of its ownership interests.

Dated: January 6, 2011

Respectfully submitted,

/s/ *David B. Weaver*
David Weaver
New Mexico Bar No. 8061
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: 512-542-8400
Fax: 512-236-3278
dweaver @velaw.com
*Counsel for NBA Media Ventures, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2011, I electronically filed the foregoing document with the U.S. District Court, District of New Mexico using the CM/ECF system, which sent notification of such filing to all counsel of record who have registered with the CM/ECF system.

              ___*/s/ David S. Weaver*_____
              David Weaver