UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRONT ROW TECHNOLOGIES, LLC,     )<br>                                                            )<br>            Plaintiff,                            )<br>                                                            )<br>    vs.                                                )<br>                                                            )<br>MAJOR LEAGUE BASEBALL           )<br>PROPERTIES, INC.,                          )<br>MLB ADVANCED MEDIA, L.P., and )<br>NBA MEDIA VENTURES, LLC      )<br>                                                            )<br>            Defendants.                     )<br>                                                            )<br>                                                            ) | **Case No. 1:10-cv-00433-JB-RLP** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served by electronic mail MLB DEFENDANTS' INITIAL DISCLOSURES including referenced attachments on all parties via counsel of record at the following addresses:

    David B. Weaver
    Vinson & Elkins L.L.P.
    E-mail: dweaver@velaw.com

    Hilary Preston
    Vinson & Elkins L.L.P.
    E-mail: hpreston@velaw.com

    Michael Shore
    Shore Chan Bragalone DePumpo L.L.P.
    E-mail: mshore@shorechan.com

    Kumar Vinnakota
    Shore Chan Bragalone DePumpo L.L.P.
    E-mail: kvinnakota@shorechan.com

    Christopher Evans
    Shore Chan Bragalone DePumpo L.L.P.

2

E-mail: cevans@shorechan.com

| January 25, 2011 | /s/ Kevin J. Malaney |
|---|---|
| Date | Kevin J. Malaney |