IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| FRONT ROW TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 1:10-cv-00433 JB/RLP |
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., MLB ADVANCED MEDIA, L.P., AND NBA MEDIA VENTURES, LLC | § § § § § § | |
| Defendants. | § | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011 I served by US Mail and electronic mail FRONT ROW TECHNOLOGIES, LLC'S INITIAL DISCLOSURES on all parties via counsel of record at the following addresses:

> David B. Weaver
> Vinson & Elkins L.L.P.
> 2801 Via Fortuna, Suite 100
> Austin, Texas 78746-7568
> E-mail:  dweaver@velaw.com
>
> Cynthia J. Franecki
> Kevin J. Malaney
> Foley & Lardner, LLP
> 777 East Wisconsin Avenue
> Milwaukee, Wisconsin 53202-5306
> E-mail: cfranecki@foley.com
> E-mail:kmalaney@foley.com
>
> John R. Cooney
> Emil J. Kiehne
> Modrall, Sperling, Roehl, Harris & Sisk, P.A.
> 500 Fourth Street, N.W., Suite 1000
> P.O. Box 2168
> Albuquerque, New Mexico 87103
> E-mail:  jcooney@modrall.com
> E-mail:  ekiehne@modrall.com

January 26, 2011                              /s/ Christopher Evans
Date                                          Christopher Evans