IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRONT ROW TECHNOLOGIES, LLC,

    Plaintiff,

vs.                                                                                  No. CIV 10-433 JB/RLP

MAJOR LEAGUE BASEBALL PROPERTIES,
INC., MLB ADVANCED MEDIA, L.P., and
NBA MEDIA VENTURES, LLC

    Defendants.

## ORDER GRANTING JOINT MOTION TO STAY THIS ACTION PENDING REEXAMINATION OF THE PATENTS-IN-SUIT

    Before the Court is the Parties' Joint Motion to Stay This Action Pending Reexamination of the Patents-in-suit.  For the reasons set forth by the Parties, the Court GRANTS the Joint Motion, without prejudice, and this case is hereby stayed.

    SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE