IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRONT ROW TECHNOLOGIES, LLC,

    Plaintiff,

vs.                                                                                      No. CIV 10-0433 JB/SCY

NBA MEDIA VENTURES, LLC,
MLB ADVANCED MEDIA, L.P.,
MERCURY RADIO ARTS, INC.,
GBTV, LLC, MAJOR LEAGUE
BASEBALL PROPERTIES, INC ., &
PREMIERE RADIO NETWORKS, INC.,

    Defendants.

*consolidated with*

FRONT ROW TECHNOLOGIES, LLC,

    Plaintiff,

vs.                                                                             No. CIV 12-1309 JB/SCY

MLB ADVANCED MEDIA, L.P.,
MERCURY RADIO ARTS, INC.,
d/b/a 'THE GLEN BECK PROGRAM,
INC.', & GBTV, LLC,

    Defendants.

*consolidated with*

FRONT ROW TECHNOLOGIES, LLC,

    Plaintiff,

vs.                                                                            No. CIV 13-1153 JB/SCY

NBA MEDIA VENTURES,
TURNER SPORTS INTERACTIVE, INC.
& TURNER DIGITAL BASKETBALL
SERVICES, INC.,

  Defendants.

*consolidated with*

FRONT ROW TECHNOLOGIES, LLC,

  Plaintiff,

vs.                   No. CIV 13-0636 JB/SCY

TURNER SPORTS INTERACTIVE, INC., AND
TURNER DIGITAL BASKETBALL SERVICES,
INC.,

  Defendants.

## FINAL JUDGMENT

  **THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order, filed August 30, 2016 (Doc. 357)("Patent MOO"); and (ii) the Stipulation to Dismiss Without Prejudice All Counterclaims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed August 31, 2016 (Doc. 358)("Stipulation"). The Patent MOO dismissed all of Plaintiff Front Row Technologies, LLC's claims against all of the Defendants with prejudice. In the Stipulation, the Defendants stipulated to the dismissal of their counterclaims against Front Row Technologies, LLC without prejudice. See Stipulation at 1-2. There being no claims remaining before the Court, the Court enters final judgment.

  **IT IS ORDERED** that final judgment is entered, and this action is dismissed with prejudice.

                      _____
                      UNITED STATES DISTRICT JUDGE

y

- 3 -

*Counsel:*

Bryan J. Davis
William G. Gilchrist
Davis, Gilchrist & Lee, P.C.
Albuquerque, New Mexico

-- and --

Michael W. Shore
Alfonso G. Chan
Christopher L. Evans
Patrick J. Conroy
Ari Rafilson
Dustin Lo
Jennifer Rynell
Rajkumar Vinnakota
Shore Chan DePumpo LLP
Dallas, Texas

    *Attorneys for Plaintiff Front Row Technologies, LLC*

John R. Cooney
Emil Kiehne
Modrall Sperling Roehl Harris & Sisk PA
Albuquerque, New Mexico

-- and --

Alan E. Littmann
Douglas J. Winnard
Brian P. O'Donoghue
Goldman Ismail Tomaselli Brennan & Baum, LLP
Chicago, Illinois

-- and --

Cynthia J. Rigsby
Kevin J. Malaney
Foley & Lardner, LLP
Milwaukee, Wisconsin

- 4 -

Jason J. Keener
Foley & Lardner, LLP
Chicago, Illinois

Matthew B. Lowrie
Foley & Lardner, LLP
Boston, Massachusetts

> *Attorneys for Defendants Major League Baseball Properties, Inc. and MLB Advanced Media, L.P.*

David B. Weaver
Baker Botts LLP
Austin, Texas

-- and --

Andrew J. Allen
Hilary L. Preston
Temilola Sobowale
Vinson & Elkins LLP
New York, New York

Jeffrey Han
Stephen M. Hash
Vinson & Elkins LLP
Austin, Texas

> *Attorneys for Defendant NBA Media Ventures, Turner Sports Interactive, Inc., and Turner Digital Basketball Services, Inc.*

Emil Kiehne
Modrall Sperling Roehl Harris & Sisk PA
Albuquerque, New Mexico

-- and --

Eleanor M. Lackman
Joshua S. Wolkoff
Cowan DeBaets Abrams & Sheppard LLP
New York, New York

-- and --

- 5 -

Donna K. Schneider
San Antonio, Texas

*Attorneys for Mercury Radio Arts, Inc., GBTV, LLC, and Premiere Radio Networks Inc.*